**Veronica BUNCH, Plaintiff–Appellant,**

v.

**Thomas E. WHITE, Secretary, United States Department of the Army, Defendant–Appellee.**

No. 01–1999.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 4, 2002.

Decided Feb. 21, 2002.

Veronica Bunch, Appellant Pro Se. Mark David Maxwell, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Veronica Bunch appeals from the district court's order dismissing her action for breach of a voluntary settlement agreement as time-barred. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bunch v. White,* No. CA–01–697–A (E.D.Va. Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*